IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS LOCAL 2219                               PLAINTIFF

V.                             4:22CV00408 JM

JEFFERY BROWN, et al.                                       DEFENDANTS

## ORDER

Plaintiff filed its complaint on May 6, 2022, summons was issued as to the United States Army Corps of Engineers on May 26, 2022. No certificate of service has been filed and no action has been taken in the case since the summons was issued more than two years ago. For this reason, the case is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b). *See Link v. Wabash R. Co.*, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted. The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts.").

The Clerk is directed to close the case.

IT IS SO ORDERED this 1st day of August, 2024 .

_____
James M. Moody Jr.
United States District Judge